UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 413-129 |
| ) | |
| EDUARDO CRUZ-CAMACHO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Currently before the Court is the government's motion to dismiss the indictment against defendant Eduardo Cruz-Camacho without prejudice, pursuant to Fed. R. Crim. P. 48(a). After consideration of all applicable facts and circumstances,

**IT IS HEREBY ORDERED** that the government's motion is granted.

This 10 day of November, 2015.

HON. LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE